UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

OMAR GARCIA ABURTO,

        Petitioner,

        v.

Warden, Adelanto ICE Processing Center, et al.,

        Respondents.

Case No. 5:26-cv-03238-WLH-JDE

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); Respondents' Answer (Dkt. 5); Petitioner's Reply (Dkt. 7); the Report and Recommendation of the magistrate judge (Dkt. 8, "Report"); and Petitioner's Objection to the Report (Dkt. 9). The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered dismissing the action without prejudice.

Dated: July 27, 2026

_____
WESLEY L. HSU
United States District Judge