JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| OMAR GARCIA ABURTO,<br><br>Petitioner,<br><br>v.<br><br>Warden, Adelanto ICE Processing Center, et al.,<br><br>Respondents. | Case No. 5:26-cv-03238-WLH-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

Dated: July 27, 2026

WESLEY L. HSU
United States District Judge